| | |
|---|---|
| 6/4/70 | ORDER TO SHOW CAUSE AND NOTICE OF HEARING - 6/26/70, Washington, D.C. Copies mailed to all counsel (certified, return receipts), involved judges and to hearing Clerk. |
| 6/12/70 | ENTERED CORRECTION to the 6/4/70 Order to Show Cause and Notice of Hearing N.D. Ind., No. 70 S 63 and E.D. Calif., No. S 1651 (Copies sent to transferor judges, hearing clerk, court reporter and to ALL COUNSEL. |
| 6/15/70 | ENTERED ORDER AMENDING the 6/4/70 Order to Show Cause and Notice of Hearing amended to include Civil Action No. 381-70, N.J. (Copies sent to transferor judges, hearing clerk, court reporter and to ALL COUNSEL. |
| 6/16/70 | ENTERED ORDER AMENDING the 6/4/70 Order to Show Cause and Notice of Hearing amended to include C.A. No. KC-3129, Kansas (Copies sent to involved judge, hearing clerk, court reporter and TO ALL COUNSEL. |
| 6/18/70 | ENTERED ORDER AMENDING the 6/4/70 Order to Show Cause and Notice of Hearing amended to include C.A. No. 8543, N.M., (Copies sent to involved judge, hearing clerk, court reporter and TO ALL COUNSEL. |
| 6/19/70 | 1 Response of plaintiffs in Sokol, et al. |
| 6/19/70 | 2 Response of United States, Department of Transportation & misc. Gov't officials named as parties defendants. |
| 6/22/70 | 3 Respnose of plaintiffs in Air Transport Association, et al. v. PATCO (E.D. N.Y.) |
| 6/23/70 | 4 Response on behalf of all defendants in N.D. Ohio C.A. No. C-70-320. |
| 6/23/60 | 5 Response of defendants in E.D. New York, CA Nos. 70 C 400 & 70 C 410. |
| ~~6/23/70~~ | ~~Response of Certain Plaintiffs (Lee's Prescription Shops, Inc., Hospital Development & Service Corp., and North Miami General Hospital, Inc.)~~ |
| 6/24/70 | 6 Response on behalf of defendant, William B. Peer in C.A. Nos. 101-70, 865-70, 2789-69, 908-70 and 147-70-A |
| 6/25/70 | 7 Response to Order to Show Cause by pl. In C.A. Nos. 70-1194 and 70-7 |
| 6/25/70 | 8 Response to Show Cause, Affidavit and Certificate of Service by pl. in C.A. Nos. 34829 and 34888 |
| 6/25/70 | Filed Certificate of Service by Def. in C.A. No. 8543, N.Mex. |
| 6/25/70 | 9 Response by Def. for C.A. No. 70-C-746 N.D. Ill. |
| 6/25/70 | 10 Response by Def. in C.A. Nos. C-2175 and C-2186 D.of Colo. |
| 6/25/70 | 11 Response by Pl. in C.A. Nos. S-1651 and C-70-668 C.D. Calif. and N.D. Calif. |
| 6/29/70 | 12 Response by Defs. (U.S.A.) No. Civil LV 1419, Nev. |
| 7/1/70 | Filed Order denying transfer of cases for coordinated or consolidated pretrial proceedings. Sent to clerks of each district, involved judges, all counsel and hearing clerk. |

DOCKET NO. 51

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT CIVIL LITIGATION INVOLVING THE PROFESSIONAL AIR TRAFFIC CONTROLLERS

**TRANSFER DENIED - 7/1/70**

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | United States v. Professional Air Traffic Controllers Organization, et al. | N.D. Ohio C-70-320 | Lambros | | |
| A-2 | United States v. Professional Air Traffic Controllers Organization | Alaska A-40-70 | Heydt | | *dismissed* |
| A-3 | United States v. Professional Air Traffic Controllers Organization | C.D. Calif. 70-670-R | Real | | |
| A-4 | Bob Harrison, et al. v. United States, et al. | E.D. Calif. S-1651 | Wilkins | | |
| A-5 | United States v. Professional Air Traffic Controllers Organization | N.D. Calif. C-70-668-RFP | Peckham | | |
| A-6 | United States v. Robert D. Moore, et al. | Colorado C-2175 | Arraj | | |
| A-7 | United States v. Clinton H. Abnet, et al. | Colorado C-2186 | Arraj | | |
| A-8 | United States v. Professional Air Traffic Controllers Organization | D. C. 908-70 | Hart | | |
| A-9 | Professional Air Traffic Controllers Organization v. John A. Volpe, et al. | D.C. 101-70 | Hart | | |
| A-10 | Professional Air Traffic Controllers Organization v. John A. Volpe, et al. | D. C. 865-70 | | | |
| A-11 | James C. Knecht v. John H. Schaffer, et al. | D. C. 2789-69 | | | |
| A-12 | United States v. William Plasch, et al. | N.D. Ill. 70-C-746 | Parsons | | |
| A-13 | James A. Henson, et al. v. United States, et al. | E.D. La. 70-1194 | Cassibry | | |
| A-14 | John Ogden, et al. v. Department of Transportation of the United States | E.D. Mich. 34829 | Freeman | | |
| A-15 | John Ogden, et al. v. Department of Transportation of the United States | E.D. Mich. 34883 | Freeman | | |
| A-16 | United States v. Professional Air Traffic Controllers Organization | Minnesota C-70-76 | Devitt | | |

DOCKET NO. 51
p. 2

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT CIVIL LITIGATION INVOLVING THE PROFESSIONAL AIR TRAFFIC CONTROLLERS

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-17 | Harold J. Sokol, et al. v. Federal Aviation Administration, et al. | N.D. Ind. 70·S 63 | Grant | | |
| A-18 | United States v. Professional Air Traffic Controllers Organization | Nevada Civ-LV-1419 | Foley | | |
| A-19 | United States v. Professional Air Traffic Controllers Organization, et al. | E.D. N.Y. 70-C-410 | Judd | | |
| A-20 | Air Transport Association of America, et al. v. Professional Air Traffic Controllers Organization, et al. | E.D. N.Y. 70 C 400 | Judd | | |
| A-21 | John F. Leyden v. Federal Aviation Administration, et al. | E.D. N.Y. 69C 1566 | Judd | | |
| A-22 | United States v. Professional Air Traffic Controllers Organization | W.D. Pa. 70 377 | Sorg | | |
| A-23 | United States v. Professional Air Traffic Controllers Organization | N.D. Texas CA-4-1425 | Brewster | | |
| A-24 | United States v. Professional Air Traffic Controllers Organization | Utah C 61-70 | Christensen | | |
| A-25 | United States v. Professional Air Traffic Controllers Organization | E.D. Va. 147-70-A | Lewis | | |
| B-1 | United States v. Professional Air Traffic Controllers Organization, et al. | New Jersey No. 381-70 | Shaw | | |
| B-2 | United States v. Professional Air Traffic Controllers Organization | Kansas No. KC-3129 | Stanley | | |
| B-3 | William E. Adkins, et al v. William S. Dalton, et al | New Mexico No. 8543 | Payne | | |
| BB-4 | Sparks, et al. v. United States, et al. (Baton Rouge Div.) | E.D. La. 70-7 | | | |

DOCKET NO. 51

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MULTIDISTRICT CIVIL LITIGATION INVOLVING PROFESSIONAL AIR TRAFFIC CONTROLLERS

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Robert Kurpansky, Esquire<br>United States Attorney<br>400 Federal Building<br>Cleveland, Ohio 44114 | Russell A. Sherman, Esquire<br>508 Elyria Savings & Trust Building<br>Elyria, Ohio<br><br>Kosma J. Glavas, Esquire<br>700 Lorain County Bank Building<br>Elyria, Ohio |
| A-2 | Douglas Bailey, Esquire<br>United States Attorney<br>Post Office Box 680<br>Anchorage, Alaska 99501 | |
| A-3 | Robert Meyer, Esquire<br>United States Attorney<br>600 U. S. Courthouse<br>Los Angeles, California 90012 | Ronald L. Goldman, Esquire<br>Jones & Weldon<br>259 So. Beverly Drive, Suite 200<br>Beverly Hills, California |
| A-4 | J. Adrian Palmquist, Esquire<br>Attorney at Law<br>500 Park Street, South Shore<br>Alameda, California 94501 | Dwayne Keyes, Esquire<br>United States Attorney<br>2202 Federal Building<br>Sacramento, California 95814 |
| A-5 | James Browning, Esquire<br>United States Attorney<br>16th Floor, Federal Building<br>United States Courthouse<br>San Francisco, California 94102 | Same as A-4 (Palmquist)<br>PATCO<br>Same as A-3 above (Goldman) |
| A-6<br>A-7 | James L. Treece, Esquire<br>United States Attorney<br>323 United States Courthouse<br>Denver, Colorado 80201 | W. H. Erickson, Esquire<br>James J. Morrato, Esquire<br>Erickson and Littell<br>440 Capitol Life Center<br>Denver, Colorado |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-8 | William D. Ruckelshaus, Esquire<br>Department of Justice<br>Civil Division<br>Washington, D. C.<br>**NC** | PATCO<br>William B. Peer, Esquire<br>1825 K Street, N. W.<br>Washington, D. C.  20006<br><br>Verne Lawyer, Esquire<br>427 Fleming Building<br>Des Moines, Iowa<br><br>Dana P. Smith, Esquire<br>2100 M Street, N. W.<br>Washington, D. C.  20037<br><br>F. Lee Bailey, Esquire<br>1 Center Plaza<br>Boston, Massachusetts<br>**NC** |
| A-9<br>A-10 | Same as A-8 Def. (Peer) | Arnold T. Aikens, Esquire<br>United States Attorney<br>United States Courthouse<br>Washington, D. C.  20001 |
| A-11 | Same as A-8 defendant (Peer) | Thomas A. Flannery, Esquire<br>Ellen Lee Park<br>United States Courthouse<br>Washington, D. C.  20001 |
| A-12 | James Thompson, Esquire<br>United States Attorney<br>1500 New U. S. Courthouse<br>Chicago, Illinois  60604 | Richard P. Bartsch, Esquire<br>Old Second Bank Bldg.<br>111 W. Downer Place<br>Aurora, Illinois  60504 |
| A-13 | John M. Mamoulides, Esquire<br>3216 North Turnbull Drive<br>Metairie, Louisiana  70002 | Honorable John H. Shaffer<br>Administrator, Federal Aviation<br>  Administration<br>800 Independence Avenue, S. W.<br>Washington, D. C.  20590<br><br>James Carriere, Esquire<br>Assistant U. S. Attorney<br>500 St. Louis Street<br>New Orleans, Louisiana  70130 |
| A-14<br>A-15 | Schaden & Peplowski<br>Suite 207, New Terminal Building<br>Detroit City Terminal Airport<br>Detroit, Michigan | James H. Birskly<br>U.S. Atty.<br>Federal Bldg.<br>Detroit, Mich. |
| A-16 | Robert G. Renner, Esquire<br>United States Attorney<br>United States Courthouse<br>Minneapolis, Minnesota | Ronald Meshbesher, Esquire<br>Park Avenue Lawyers Building<br>1616 Park Avenue<br>Minneapolis, Minnesota |

DOCKET NO. 51
p. 2

# ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MULTIDISTRICT CIVIL LITIGATION INVOLVING THE PROFESSIONAL AIR TRAFFIC CONTROLLERS

| No. | Plaintiff | Defendant |
|---|---|---|
| A-17 | Benjamin Piser, Esquire<br>J. Albright, Esquire<br>508 Odd Fellows Building<br>South Bend, Indiana | Richard L. Kieser, Esquire<br>Assistant U. S. Attorney<br>Federal Building<br>South Bend, Indiana |
| A-18 | Bart Schouweiler, Esquire<br>United States Attorney<br>300 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101 | Jack J. Pursel, Esquire (PATCO)<br>Pursel & Pursel, Ltd.<br>302 E. Carson, Suite 500<br>Las Vegas, Nevada 89101 |
| A-19 | Edward R. Neaher, Esquire<br>United States Attorney<br>United States Courthouse<br>225 Cadman Plaza East<br>Brooklyn, New York | Catterson & Nolan<br>314 Main Street<br>Port Jefferson, New York |
| A-20 | Polletti, Freidin, Prashker, Feldman & Gartner<br>777 Third Avenue<br>New York, New York 10017 | Segal & Hundley, Esquire<br>375 Park Avenue<br>New York, New York 10022 |
| A-21 | Same as A-19 def. (Catterson firm) | Same as A-19 Pl. (Neaher) |
| A-22 | U. S. Attorney<br>633 U. S. Post Office & Courthouse<br>Pittsburgh, Pennsylvania 15219 | Byrd R. Brown, Esquire<br>1401 Law & Finance Building<br>Pittsburgh, Pennsylvania 15219 |
| A-23 | Eldon B. Mahon, Esquire<br>United States Attorney<br>Room 206, U. S. Courthouse<br>Fort Worth, Texas | Patrick Jones, Esquire<br>3216 North Tumbull Drive<br>Metairie, Louisiana 70002 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-24 | C. Nelson Day, Esquire<br>United States Attorney<br>200 Courthouse<br>Salt Lake City, Utah 84101 | A. Wally Sundack, Esquire<br>606 El Paso Natural Gas Building<br>Salt Lake City, Utah |
| A-25 | Brian Gettings, Esquire<br>United States Attorney<br>U. S. Post Office Building<br>Alexandria, Virginia 22314 | Same as A-8 (Peer)<br><br>Donald W. Devin, Esquire<br>11 W. Market Street<br>Leesburg, Virginia |
| B-1 | Fred Lacey, Esquire<br>United States Attorney<br>Post Office Building<br>Federal Square<br>Newark, New Jersey 07102 | Philip Jacobowitz, Esq.　　Johnstone &<br>125 Wyckoss Rd.　　　　　　O'Dwyer<br>Eatontown, N. J.　　　　　324 Broad St.<br>　　　　　　　　　　　　　Westfield, N.J.<br>　　　　　　　　　　　　　07090 |
| B-2 | Park McGee<br>Park-Cherry Bldg.<br>Olathe, Kans. 66061 | Robert J. Roth<br>U.S. Atty.<br>P. O. Box 2098<br>Wichita, Kans. 67202 |
| B-3 | Casados & McBride<br>523 Lomas Blvd.<br>Albuquerque, New Mexico | Victor R. Ortega<br>U.S. Atty.<br>U.S. Courthouse & P.O. Bldg.<br>Albuquerque, New Mexico 87103 |
| BB-4 | Same as A-23 (Patrick Jones) | |

| No. | Plaintiff | Defendant |
|---|---|---|