*Unpublished*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
**FILED**
JUL 1 1970

PATRICIA D. HOWARD
CLERK OF THE PANEL



DOCKET NO. 51

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MULTIDISTRICT CIVIL LITIGATION INVOLVING PROFESSIONAL
AIR TRAFFIC CONTROLLERS

### ORDER

Having considered the responses of the parties to the
show cause order of June 4, 1970 and all arguments presented
by counsel at the June 26, 1970 hearing, the Panel has
determined that the convenience of parties and their witnesses
and the just and efficient conduct of these actions would not
be served by transfer for coordinated or consolidated pretrial
proceedings under 28 U.S.C. §1407.

TRANSFER DENIED.

FOR THE PANEL:

Alfred P. Murrah
Chairman